UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CV-61701-Dimitrouleas/Snow

**MEDIATION REPORT**

ELAINE MURILLO,

    Plaintiff(s),

vs

CLEVELAND CLINIC FLORIDA,

    Defendant(s).
_____/

    The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: June 10, 2014.  The results of the mediation conference are as follows:

    ___    All required parties were present *or*

    ___    The following required parties were not present:_____

    ___    An agreement was reached.  **Settlement Agreement Attached.**

    ___    A **confidential** settlement agreement was reached.

    **X**    No agreement was reached.

    ___    The parties have agreed to adjourn and reconvene at a later date to continue the mediation.  The Court will be notified of the continuation date.

    ___    The parties have agreed to continue negotiating with the assistance of the mediator.  If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

    ___    Other: _____

Respectfully Submitted:

**s:/John W. Salmon, Esq.**
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel