UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. 0:13-cv-61701-Dimitrouleas/Snow

ELAINE MURILLO,

    Plaintiff,

vs.

CLEVELAND CLINIC FLORIDA,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff hereby submits this Notice of Settlement with Defendant, and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within seven (7) days.

Respectfully submitted,

Law Offices of Levy & Levy, P.A.
300 Southeast 13th Street
Ft. Lauderdale, Florida  33316
Tel: (954)  763-5722
Fax: (954) 763-5723
E-mail: chad@levylevylaw.com
Counsel for Plaintiff

/s/ *Chad E. Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Chad E. Levy*
CHAD E. LEVY

**SERVICE LIST**

Ronald M. Rosengarten, Esq.
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
rosengartenr@gtlaw.com
*Counsel for Defendant*